**United States Bankruptcy Court**
**Central District Of California**

In re:
Trudy Kalush

CHAPTER NO.: 13

CASE NO.: 8:11–bk–18090–ES

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 14 days from filing of your petition:

- ☒ Statement of Related Cases required by Local Bankruptcy Rule 1015–2
- ☒ Notice of Available Chapters signed by Debtor(s). [11 U.S.C. § 342(b); Court Manual, section 2–1]
- ☒ Verification of Creditor Mailing List. [Court Manual, section 2–1]
- ☒ Summary of Schedules (Official Form B6). [Court Manual, section 2–1]
- ☒ Signed Declaration Concerning Debtor's Schedules (Official Form B6). [Court Manual, section 2–1]
- ☒ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney (Official Form B203). [11 U.S.C. § 329; F.R.B.P. 2016(b); Court Manual, section 2–1]
- ☒ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and F.R.B.P. 1007(b)(3), or a Certification of Exigent Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4)
- ☒ Statistical Summary of Certain Liabilities
- ☒ Debtor's Certification of Employment Income pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)
- ☒ Statement of Social Security Number(s) (Official Form B21). [Court Manual, section 3–6(b)]
- X  Electronic Filing Declaration

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2–1(a)(7).

    Chapter 13    Original only

**Please return the original or copy of this form with all required items to the following location:**

    411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

If you have any questions, please contact the below–referenced Deputy Clerk:

Dated: June 7, 2011

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Maria Alcala**
**Deputy Clerk**

mccdn – Revised 12/2009

**7 – 1 / MAG**